UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------
UNITED STATES OF AMERICA,

-vs-

Yitzhak Bonan,
                    Defendants.
-----------------------------------

**ORDER**

CR-06-73(FB)

The Government's motion pursuant to criminal calendar dated 3/27/06 to dismiss the indictment without prejudice is GRANTED.

SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
       March 29, 2006